No. 24-4333

IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

SWINOMISH INDIAN TRIBAL COMMUNITY, A FEDERALLY RECOGNIZED INDIAN TRIBE,

*Plaintiff-Appellee,*

v.

BNSF RAILWAY COMPANY, A DELAWARE CORPORATION,

*Defendant-Appellant*

Appeal from the United States District Court
for the Western District of Washington
No. 2:15-cv-00543-RSL

**STIPULATION TO
DISMISS APPEAL**

Pursuant to Federal Rule of Appellate Procedure 42(b)(1), Plaintiff-Appellee Swinomish Indian Tribal Community and Defendant-Appellant BNSF Railway Company (hereafter "Parties") hereby stipulate:

1. The Parties have engaged in confidential mediation through the Ninth Circuit Mediation Program in accordance with the Court's Order entered on September 10, 2024, (Dkt. 8.1), have now reached a confidential resolution of this matter, and request entry of an order dismissing this appeal.

2. The Parties request that the order of dismissal state that any and all payments to be made to the Swinomish Indian Tribal Community pursuant to an Agreement of the Parties in this matter with the Effective Date of October 30, 2025 ("Agreement"), or pursuant to agreements of the Parties associated with and referenced in that Agreement, shall be made to a trust account (or accounts) established or maintained by Bureau of Trust Funds Administration of the United States Department of the Interior (hereinafter "BTFA"), or by any successor agency to the BTFA carrying out the functions that are conducted by BTFA on the Effective Date, for benefit of the Swinomish Indian Tribal Community.

3. The Parties agree that they will each bear their own court costs and attorneys' fees, and that there are no court fees owing.

4. The Parties further request that the Court enter an order remanding the matter back to the U.S. District Court to allow the parties to file a satisfaction of judgment and a stipulated motion directing the Clerk to release the bond to the posting party or its counsel of record.

Respectfully submitted this 4th day of November 2025.

By: /s/Christopher I. Brain  
Christopher I. Brain  
Rebecca L. Solomon  
TOUSLEY BRAIN STEPHENS PLLC  
1200 Fifth Avenue, Suite 1700  
Seattle, WA 98101  
(206) 682-5600  

Stephen T. LeCuyer  
Weston R. LeMay  
OFFICE OF TRIBAL ATTORNEY  
11404 Moorage Way  
La Conner, WA 98275  
(360) 466-1058  

*Counsel for Plaintiff-Appellee*

By: /s/Paul J. Lawrence  
Paul J. Lawrence  
Kai A. Smith  
PACIFICA LAW GROUP  
1191 Second Avenue, Suite 2000  
Seattle, WA 98101-3404  
(206) 245-1700  

Andrew S. Tulumello  
WEIL, GOTSHAL & MANGES LLP  
2001 M Street NW, Suite 600  
Washington, DC 20036  
(202) 682-7000  

Robert B. Niles-Weed  
WEIL, GOTSHAL & MANGES LLP  
767 Fifth Avenue  
New York, NY 10153  
(212) 310-8000  

*Counsel for Defendant-Appellant*

## CERTIFICATE OF SERVICE

 I, Christopher I. Brain, hereby certify that on November 4, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties registered on the CM/ECF system.  All other parties (if any) shall be served in accordance with the Federal Rules of Civil Procedure.

*s/Christopher I. Brain*
Christopher I. Brain, WSBA #5054
